IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| Sports Aficionados Ltd. (in ) | |
| Official Liquidation), ) | Case No. 18-24664-LMI |
| ) | |
|     Debtor in a Foreign Proceeding. ) | |
| ) | |

### RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

     Michael Pearson, in his capacity as Liquidator and Foreign Representative of Sports Aficionados Ltd. (in Official Liquidation) by and through his counsel, herby files this statement in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and states as follows:

- Vanguardia Holdings Ltd. owns 100% of the equity interests of Sports Aficionados Ltd.

Dated: November 28, 2018.
Miami, Florida

                EFR LAW FIRM

                /s/ Eduardo F. Rodriguez
                Eduardo F. Rodriguez (Florida Bar No. 36423)
                1548 Brickell Avenue
                Miami, Florida 33129
                (305) 340-0034 (telephone)

                ALSTON & BIRD LLP

                William S. Sugden (*pro hac vice pending*)
                Jonathan T. Edwards (*pro hac vice pending*)
                1201 West Peachtree Street
                Atlanta, Georgia 30309
                (404) 881-7000 (telephone)

                *Attorneys for the Foreign Representatives*